UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIELLE TAYLOR,<br>ROBERT MARKLEY,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NICOLE KAZMAR, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-00109-MMD-WGC<br><br>ORDER |

**I.    DISCUSSION**

Based on this Court's records, it appears that Plaintiff Robert Markley is no longer at the address listed with the Court. The postal service has returned this Court's last two mailings to Plaintiff as undeliverable (*See* ECF Nos. 11, 13). The Court notes that pursuant to LR IA 3-1, "a pro se party must immediately file with the court written notification of any change of mailing address . . . The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." LR IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff Robert Markley must file his updated address with the Court within thirty (30) days from the date of this order.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 19th day of September 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE